1  CAROLINE L. FOWLER, City Attorney (SBN 110313)
   JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
2  City of Santa Rosa
   100 Santa Rosa Avenue, Rm. 8
3  Santa Rosa, CA  95404
   Telephone:     (707) 543-3040
4  Facsimile:      (707) 543-3055

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 ROBERTA LYNN McKAY,                Case No. CV 09-0010 SBA

12         Plaintiff               **STIPULATION AND**
                                    **ORDER**
13     v.                           **[28 U.S.C. § 1343(3); 42 U.S.C. § 1983]**

14 CITY OF SANTA ROSA, ED FLINT
   And MATTHEW SANCHEZ, AND          **JURY TRIAL DEMAND**
15 does 1 Through 50, inclusive,

16         Defendants.
17 _____/

18

19     **WHEREAS** Clerk Wieking issued a Clerk's Notice on March 30, 2009 in part

20 continuing the Case Management Conference from April 23, 2009 until May 6, 2009.

21     **WHEREAS** defendants' attorney John J. Fritsch is expected to attend the City Attorneys

22 of California annual event from May 6 until May 8, 2009.
23
       It is hereby stipulated and agreed by and between counsel and the parties that:
24
       The May 6, 2009 conference date shall be continued until May 13, 2009 at 3:45 p.m.
25
26 The parties shall **meet and confer** prior to the conference and

27 shall prepare a joint Case Management Conference Statement which

28 shall be filed no later than ten (10) days prior to the Case

---

Stipulation and [Proposed] Order, Case No. CV 09-0010 SBA                          Page 1

Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

**SO STIPULATED**:

DATED: April 6, 2009                    _____/s/_____
                                        Evan Livingstone
                                        Counsel for Plaintiff ROBERTA LYNN McKAY


                                        OFFICE OF THE CITY ATTORNEY


DATED: April 6, 2009                    _____/s/_____
                                        John J. Fritsch
                                        Assistant City Attorney
                                        CITY OF SANTA ROSA; ED FLINT, an
                                        Individual and former Chief of the SANTA ROSA
                                        POLICE DEPARTMENT; and MATTHEW
                                        SANCHEZ, an individual and Officer of the
                                        SANTA ROSA POLICE DEPARTMENT


DATED: 5/1/09                           _____/s/ Saundra B. Armstrong_____
                                        Honorable SAUNDRA B. ARMSTRONG